UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

F...D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 29 2006 ★

BROOKLYN OFFICE

---------------------------------------------------------

UNITED STATES OF AMERICA

V                                                04-942 (DGT)

CHRISTOPHER BATHERSFIELD

---------------------------------------------------------

It is hereby ORDERED that the Metropolitan Detention Center (MDC) shall

forthwith have an eye examination performed on inmate Christopher Bathersfield,

inmate # 71447-053 and following this examination provide him with the

appropriate glasses or contact lenses.

s/David Trager
.....................................1/11/06

Hon. DAVID G TRAGER
UNITED STATES DISTRICT JUDGE

# Martin G. Goldberg, Esq.

P.O. Box 236
Franklin Square, N.Y. 11010
Phone/Fax # (516) 292-0380

Hon. Judge Trager
United States District Judge
225 Cadman Plaza
Brooklyn, N.Y. 11201

Re: United States v  Christopher Bathersfield
Cr 04 942 (DGT)

Dear Judge Trager,

This defendant was arrested in November, 2004 and has been incarcerated since then. He has entered a guilty plea and is presently awaiting sentence. The defendant has informed me that he is having visual problems and is in need of either contacts or glasses and that he has notified the MDC of this a number of times to no avail. I am therefore requesting that the Court sign the annexed Order.

Sincerely yours

Martin Goldberg

Cc:defendant